

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00238-CV

**IN THE INTEREST OF R.L.G., ET AL., CHILDREN,**

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. FL-12-341
Honorable Robert R. Barton, Judge Presiding

# O R D E R

Appellee's motion to exceed page limits is hereby GRANTED.

It is so **ORDERED** on July 21, 2014.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle
                Clerk of Court